**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **CATIA ELILIA MARQUES LING,** <br> **Plaintiff,** <br> **v.** <br> **MARKWAYNE MULLIN, et al.,** <br> **Defendants.** | ) | **Civil Action No. 26-11926-BEM** |

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR A TEMPORARY RESTRAINING ORDER**

**MURPHY, J.**

The Court hereby GRANTS in part Plaintiff Catia Elilia Marques Ling's Motion and enters a temporary restraining order ("TRO") pursuant to Fed. R. Civ. P. 65(b) against Defendants Markwayne Mullin (Secretary of the Department of Homeland Security), Joseph B. Edlow (Director of the U.S. Citizenship and Immigration Services), and Carrie M. Selby (Associate Director Service Center Operations Directorate) (collectively, "Defendants"), prohibiting Defendants, their agents, and anyone acting in concert or participation with Defendants from arresting, detaining, removing, or otherwise taking Plaintiff into custody in connection with her scheduled adjustment of status interview on April 30, 2026. The Court DENIES Plaintiff's Motion insofar as it seeks any other relief.

The Court also orders that Plaintiffs must serve the pleadings and a copy of this Order on Defendants within twenty-four hours of this Order.

Defendants' opposition to the Motion is due by **Wednesday, May 6, 2026, at 4:00 p.m.** Plaintiffs may file a reply brief, limited to ten pages in length, by **Friday, May 8, 2026, at 4:00**

**p.m.** Counsel shall appear in-person in Courtroom 12 for a hearing on the Motion at **9:00 a.m. on Wednesday, May 13, 2026**.

This TRO shall become effective immediately upon entry by this Court. This TRO expires 14 days from its issuance, on May 13, 2026.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court

Dated: April 29, 2026
3:16 p.m.